```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 20397
   GENEVA HAYNES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-4054

-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
   The case was filed on 08/05/2008 and was not confirmed.

   The case was dismissed without confirmation 10/16/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
US BANK NA                 CURRENT MORTG          .00          .00          .00
CITI AUTO                  SECURED VEHIC     9281.98           .00          .00
CITI AUTO                  UNSEC W/INTER   NOT FILED           .00          .00
INTERNAL REVENUE SERVICE   PRIORITY          1187.81           .00          .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER      864.13           .00          .00
DELL FINANCIAL SERVICES    UNSEC W/INTER     1342.47           .00          .00
LITTLE CO MARY HOSPITAL    UNSEC W/INTER   NOT FILED           .00          .00
WELLS FARGO                UNSEC W/INTER   NOT FILED           .00          .00
WELLS FARGO                UNSEC W/INTER   NOT FILED           .00          .00
WASHINGTON MUTUAL          UNSEC W/INTER   NOT FILED           .00          .00
COMMONWEALTH EDISON        UNSEC W/INTER      353.92           .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,474.00                        .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                          --------------        --------------
TOTALS                          .00                      .00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 20397 GENEVA HAYNES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                 /s/ Tom Vaughn
Dated: 01/27/09                     _____
                                           TOM VAUGHN
                                           CHAPTER 13 TRUSTEE